**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel: (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,**  <br><br>  **Plaintiff**  <br><br> -against-  <br><br><br> **CALIFORNIA GRAND CASINO,**  <br><br> **Defendant** | C.A. No.: 4:20-cv-04250-JST  <br><br><br> **JOINT NOTICE OF SETTLEMENT** |

54147516;1

-2-

Plaintiff Bruce Begg ("Plaintiff") and Defendant California Grand Casino ("Defendant"), by and through their undersigned counsel, hereby provide notice to the Court that the parties have reached an agreement in principle to settle all of Plaintiff's claims against Defendant in this action.  Counsel for the parties are in the process of finalizing the settlement agreement and stipulated dismissal. Plaintiff intends on filing the stipulated dismissal once the agreement is finalized and signed by the parties and the payment is received by Plaintiff. The parties anticipate filing the stipulated dismissal within the next sixty (60) days.

Accordingly, the parties respectfully request that the Court vacate all deadlines set.

Dated:    September 30, 2020        MARCUS & ZELMAN, LLC

                                    By:   /s/ Yitzchak Zelman
                                          Yitzchak Zelman, Esq.

Dated:    September 30, 2020        MANNING AND KASS, ELLROD, RAMIREZ, TRESTER LLP

                                    By:   /s/ Richard G. Garcia
                                          Richard G. Garcia, Esq.

Dated:    September 30, 2020        LAW OFFICES OF DAVID M. FRIED

                                    By:   /s/ David M. Fried
                                          David M. Fried, Esq.

54147516;1