Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>CALIFORNIA GRAND CASINO,<br><br>Defendant | C.A. No.: 4:20-cv-04250-JST<br><br>**STIPULATION OF DISMISSAL** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:	November 11, 2020

-2-

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Office:    (732) 695-3282
Fax:       (732) 298-6256
yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Bruce Begg*

/s/ Richard Gustavo Garcia
Richard Gustavo Garcia, Esq.
Manning and Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 900
San Francisco, CA 94111
Office:   (415) 217-6990
Fax:      (415) 217-6999
rgg@mmker.com

/s/ David Michael Fried
David Michael Fried, Esq.
Law Offices of David M. Fried
6 Beach Road #115
Tiburon, CA 94920
Office:   (415) 370-0929
Fax:      (415) 360-5289
Dmfried12@gmail.com

*Attorneys for Defendant*
*California Grand Casino*